IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12CR3059 |
| v. | ) | |
| TEO VAN PHAN, NHU VAN PHAN, HOA VAN HUYNH, KIM NGUYEN, TANG (JANNY) NGUYEN, THUY NGUYEN, | ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The government's motion, (filing no. 60), is granted, and the deadlien for disclosing Rule 16 discovery is extended to June 29, 2012.

2) The ends of justice served by granting the government's motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between June 15, 2012 and June 29, 2012, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

June 20, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge