IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TEO VAN PHAN, NHU VAN PHAN, HOA VAN HUYNH, KIM NGUYEN, TANG (JANNY) NGUYEN, THUY NGUYEN,<br><br>        Defendants. | 4:12CR3059<br><br>ORDER |

IT IS ORDERED:

1) The motion of attorney Joshua D. Barber to withdraw as counsel of record for defendant Kim Nguyen, (filing no. 62), is granted.

2) The clerk shall delete Joshua D. Barber from any future ECF notifications herein.

June 26, 2012.

                                                                                  BY THE COURT:

                                                                                  *s/ Cheryl R. Zwart*
                                                                                   United States Magistrate Judge